UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KEVIN SHAWN VOAGE,

    Plaintiff,

    v.

SACRAMENTO COUNTY JAIL,
JOE FOSTER, SACRAMENTO
COUNTY JAIL MEDICAL
DEPARTMENT,

    Defendants.

NO. CV-08-0821-RHW

**ORDER OF DISMISSAL WITH
LEAVE TO AMEND OR NOTIFY
COURT OF INTENT TO
PROCEED WITH ORIGINAL
COMPLAINT**

On April 17, 2008, Plaintiff filed a  pro se civil rights complaint pursuant to 42 U.S.C. § 1983. At the time he filed his complaint, he was an inmate at the Sacramento County Jail.  Plaintiff contends that his civil rights were violated when staff at the Sacramento County Jail failed to treat his broken hand after he was arrested on July 24, 2007.  Plaintiff seeks to proceed in forma pauperis.

**PRELIMINARY REVIEW**

Pursuant to 28 U.S.C. § 1915(A), this court must conduct a preliminary review of the complaint to identify any cognizable claims, and to dismiss any claims which are frivolous, malicious, fail to state a claim upon which relief may be granted, or seek monetary relief from a defendant who is immune from such relief. § 1915(A)(b)(1),(2).

To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two essential elements: (1) that a violation of a right secured by the Constitution or laws of the

**ORDER OF DISMISSAL WITH LEAVE TO AMEND OR NOTIFY COURT
OF INTENT TO PROCEED WITH ORIGINAL COMPLAINT ~ 1**

1  United States was violated, and (2) that the alleged deprivation was committed by a

2  person acting under the color of state law.  In addition, to state a valid constitutional

3  claim, a plaintiff must allege that he suffered a specific injury as a result of the

4  conduct of a particular defendant, and he must allege an affirmative link between the

5  injury and the conduct of that defendant. *Rizzo v. Goode*, 423 U.S. 362, 371-72

6  (1976).

7        Construing Plaintiff's complaint liberally, the Court finds that his complaint

8  states a cognizable claim that Defendant Foster violated his constitutional rights for

9  failure to provide constitutionally adequate medical care.

10        Plaintiff also names Sacramento County Jail and the Sacramento County Jail

11  Medical Department as Defendants.  To state a claim against a municipality under §

12  1983, Plaintiff must allege facts to support that his constitutional rights were

13  violated pursuant to a policy or custom of the municipality.  *Corez v. County of Los*

14  *Angeles*, 294 F.3d 1186, 1188 (9ᵗʰ Cir. 2001) (citing *Monell v. Dep't of Social*

15  *Services*, 436 U.S. 658, 690-91 (9ᵗʰ Cir. 1978).  Therefore, a plaintiff cannot state a

16  § 1983 claim against a municipal defendant unless he alleges that the municipal

17  defendant maintained a policy or custom pertinent to the plaintiff's alleged injury

18  and explains how such a policy or custom caused his injury.  *Sadoski v. Mosley*, 435

19  F.3d 1076, 1080 (9ᵗʰ Cir. 2006).  Plaintiff has failed to identify any policy or custom

20  that caused his injuries.  Accordingly, these Defendants will be dismissed.

21        District courts must afford pro se litigants the opportunity to amend to correct

22  any deficiency in their complaints.. *Lopez v. Smith*, 203 F.3d 1122, 1127 (9ᵗʰ Cir.

23  2000).  Accordingly, the court grants plaintiff leave to file an amended complaint

24  within thirty (30) days of the date this order is filed, to address the deficiencies set

25  forth above. In the alternative, within thirty (30) days of the date this order is filed,

26  plaintiff may file a notice with the court stating that he intends to proceed with the

27  cognizable claims in the original complaint.  Because an amended complaint

28  completely replaces the original complaint, plaintiff must include in it all the claims

**ORDER OF DISMISSAL WITH LEAVE TO AMEND OR NOTIFY COURT OF INTENT TO PROCEED WITH ORIGINAL COMPLAINT** ~ 2

1    he wishes to present. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir.1992).

2                                            **IN FORMA PAUPERIS**

3           Plaintiff has submitted a declaration that makes the showing required by 28

4    U.S.C. § 1915(a).  Accordingly, Plaintiff's application to proceed *in forma pauperis*

5    is **GRANTED**.

6           On October 15, 2009, and April 2, 2010, Plaintiff filed Notices of Change of

7    Address.  It appears that Defendant has been released.  Plaintiff must pay the unpaid

8    balance of the filing fee within 120 days of this Order.  Within 30 days of the date of

9    this Order, he must either (1) notify the Court that he intends to pay the balance or

10   (2) show good cause, in writing, why he cannot.  Failure to comply may result in

11   dismissal of this action.

12          Accordingly, **IT IS HEREBY ORDERED:**

13          1.     Plaintiff's claims against the Sacramento County Jail and the

14   Sacramento County Jail Medical Department are **DISMISSED**, with leave to

15   renew.

16          2.     Plaintiff shall file an amended complaint within thirty (30) days from

17   the date this order is filed.  In the alternative, within thirty (30) days from the date

18   this order is filed, Plaintiff may file a notice with the court stating that he intends to

19   proceed with the cognizable claims in the original complaint.  Failure to do so could

20   result in the dismissal of this action.

21          An amended complaint must include the caption and civil case number used

22   in this order (CV 08-821 RHW ) and the words "AMENDED COMPLAINT" on

23   the first page. Because an amended complaint completely replaces the original

24   complaint, Plaintiff must include in it all the claims he wishes to present. See

25   Ferdik, 963 F.2d at 1262.  Plaintiff may not incorporate material from the original

26   complaint, such as supporting documentation or exhibits, by reference. Plaintiff

27   must include all of his claims, including the cognizable claims set forth above, in

28   the amended complaint. Failure to file an amended complaint or file a notice with

**ORDER OF DISMISSAL WITH LEAVE TO AMEND OR NOTIFY COURT
OF INTENT TO PROCEED WITH ORIGINAL COMPLAINT** ~ 3

1  the court in compliance with this order within the designated time will result in the

2  court proceeding with the cognizable claims in the original complaint as stated in

3  this order.

4        Plaintiff is advised that an amended complaint supersedes the original

5  complaint. "[A] plaintiff waives all causes of action alleged in the original

6  complaint which are not alleged in the amended complaint."  London v. Coopers &

7  Lybrand, 644 F.2d 811, 814 (9th Cir.1981). Defendants not named in an amended

8  complaint are no longer defendants.  See Ferdik, 963 F.2d at 1262.

9        **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

10  Order and forward copies to Plaintiff.

11        **DATED** this 13th  day of May, 2010.

12

13                  *s/Robert H. Whaley*

14                  ROBERT H. WHALEY
                United States District Judge

15

16

17

18

19  C:\WINDOWS\Temp\notes101AA1\~3962758.wpd

20

21

22

23

24

25

26

27

28

**ORDER OF DISMISSAL WITH LEAVE TO AMEND OR NOTIFY COURT OF INTENT TO PROCEED WITH ORIGINAL COMPLAINT** ~ 4