UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KEVIN SHAWN VOAGE,

    Plaintiff,

v.

JOE FOSTER,

    Defendant.

NO. CV-08-821-RHW

**ORDER TO SHOW CAUSE**

On November 10, 2010, the Court entered an order directing Plaintiff to submit service documents. Plaintiff has not complied with the Court's order.

Accordingly, **IT IS HEREBY ORDERED:**

1. Service is appropriate for Defendant Joe Foster.

2. Within fourteen days from the date of this Order, Plaintiff is ordered to show cause why the above-captioned case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to Plaintiff.

**DATED** this 17th day of October, 2011.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

C:\WINDOWS\Temp\notes101AA1\showcause.wpd

**ORDER TO SHOW CAUSE**~ 1