1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KEVIN SHAWN VOAGE,

    Plaintiff,

    v.

JOE FOSTER,

    Defendant.

NO. CV-08-821-RHW

**ORDER TO SHOW CAUSE**

15
16
      On November 10, 2010, the Court entered an order directing Plaintiff to submit service documents.  Plaintiff has not complied with the Court's order.

17
      Accordingly, **IT IS HEREBY ORDERED:**

18
    1.    Service is appropriate for Defendant Joe Foster.

19
20
21
    2.    Within fourteen days from the date of this Order, Plaintiff is ordered to show cause why the above-captioned case should not be dismissed for failure to prosecute.

22
23
      **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward copies to Plaintiff.

24
      **DATED** this 17th day of October, 2011.

25
26
27

          *s/Robert H. Whaley*
          ROBERT H. WHALEY
          United States District Judge

28
C:\WINDOWS\Temp\notes101AA1\showcause.wpd

**ORDER TO SHOW CAUSE**~ 1