UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KEVIN SHAWN VOAGE,

    Plaintiff,

v.

JOE FOSTER,

    Defendant.

NO. CV-08-821-RHW

**ORDER DISMISSING ACTION; CLOSING FILE**

On October 17, 2011, the Court entered an Order to Show Cause why the above-captioned case should not be dismissed for failure to prosecute.  Plaintiff failed to respond to the Court's Order.

Accordingly, **IT IS HEREBY ORDERED:**

1.    The above-captioned case is **dismissed** for failure to prosecute.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward copies to Plaintiff, and **close the file**.

**DATED** this 26th day of March, 2012.

               *s/Robert H. Whaley*
              ROBERT H. WHALEY
             United States District Judge

C:\WINDOWS\Temp\notes101AA1\showcause.wpd

**ORDER DISMISSING ACTION; CLOSING FILE** ~ 1