1
2
3
4
5
6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

7
8

KEVIN SHAWN VOAGE,

9

    Plaintiff,

10

    v.

11

JOE FOSTER,

12

    Defendant.

13
14

NO. CV-08-821-RHW

**ORDER DISMISSING ACTION;
CLOSING FILE**

15      On October 17, 2011, the Court entered an Order to Show Cause why the

16 above-captioned case should not be dismissed for failure to prosecute.  Plaintiff

17 failed to respond to the Court's Order.

18      Accordingly, **IT IS HEREBY ORDERED:**

19      1.    The above-captioned case is **dismissed** for failure to prosecute.

20      **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

21 Order, forward copies to Plaintiff, and **close the file**.

22      **DATED** this 26th day of March, 2012.

23
24
25

         *s/Robert H. Whaley*
        ROBERT H. WHALEY
       United States District Judge

26
27

C:\WINDOWS\Temp\notes101AA1\showcause.wpd

28

**ORDER DISMISSING ACTION; CLOSING FILE ~ 1**